## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| **KENDALE J. BRINSON,** Plaintiff, | FILED: APRIL 28, 2008 |
| v. | 08CV2420     TG |
| **VERLISHER SYAS, et al.** Defendants. | JUDGE NORGLE |
| | MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Plaintiff KENDALE J. BRINSON**

| NAME (Type or print) |
|---|
| **James L. Bowers** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| **s/ James L. Bowers** |
| FIRM |
| **James L. Bowers** |
| STREET ADDRESS |
| **631 N. Central** |
| CITY/STATE/ZIP |
| **Chicago, IL 60644** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| **0263850** | **(773) 379-9262** |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO **X** |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X** | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X** | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐