AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KENDALE J. BRINSON, | | SUMMONS IN A CIVIL CASE |
| | Plaintiff, | CASE NUMBER: 08C2420 |
| v. | | |
| VERLISHER SYAS, et al. | | ASSIGNED JUDGE: JUDGE NORGLE |
| | Defendants. | DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE SCHENKIER |

TO:

    Cook County
    118 N. Clark, Room 567
    Chicago, IL 60602

*[Stamp: RECEIVED COOK COUNTY CLERK 2008 APR 30 PM 4:09]*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

    Irene K. Dymkar
    300 W. Adams St., Suite 330
    Chicago, IL 60606-5107

an answer to the complaint which is herewith served upon you **twenty (20) days** after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____     _____
BY DEPUTY CLERK                                                        DATE

**Michael W. Dobbins, Clerk**

*/s/ Deputy Clerk signature*

-------------------------------------     -------------------------------------
(By) DEPUTY CLERK                                                   April 29, 2008
                                                    Date

*[Court seal]*

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4/30/08 |
| NAME OF SERVER (PRINT) Linda DuBose | TITLE Plaintiff's Attorney |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: Cook County, 118 N. Clark, Room 567, 69 W Washington
Chicago, IL 60602

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

RECEIVED COOK COUNTY CLERK 2008 APR 30 PM 4:09

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/30/08   *Linda DuBose*
             Date       Signature of Server

300 West Adams, Suite 330, Chicago, IL 60606-5107
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.