AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KENDALE J. BRINSON,** | **SUMMONS IN A CIVIL CASE** |
| Plaintiff, | CASE NUMBER: 08C2420 |
| v. | |
| **VERLISHER SYAS, et al.** | ASSIGNED JUDGE: JUDGE NORGLE |
| Defendants. | DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE SCHENKIER |

TO:

    City of Chicago
    121 N. LaSalle, Room 107
    Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

    Irene K. Dymkar
    300 W. Adams St., Suite 330
    Chicago, IL 60606-5107

an answer to the complaint which is herewith served upon you **twenty (20) days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

BY DEPUTY CLERK             DATE

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

RECEIVED
April 29, 2008
Date
OFFICE OF THE
CITY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  4/30/08 |
| NAME OF SERVER (PRINT)  Linda DuBose | TITLE  Plaintiff's Attorney  Staff |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: <u>City of Chicago, 121 N. LaSalle, Room 107,</u>
<u>Chicago, IL 60602</u>

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

*RECEIVED 2008 APR 30 AM 11 49 OFFICE OF THE CITY CLERK*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  <u>4/30/08</u>   <u>Linda DuBose</u>
          Date                 *Signature of Server*

<u>300 West Adams, Suite 330, Chicago, IL 60606-5107</u>
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.