AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**KENDALE J. BRINSON,**

SUMMONS IN A CIVIL CASE

Plaintiff,

CASE NUMBER: 08C2420

v.

**VERLISHER SYAS, et al.**

ASSIGNED JUDGE: JUDGE NORGLE

Defendants.

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE SCHENKIER

TO:

Thomas Dart
Sheriff of Cook County
Daley Center, Room 704
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

Irene K. Dymkar
300 W. Adams St., Suite 330
Chicago, IL 60606-5107

an answer to the complaint which is herewith served upon you **twenty (20) days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

BY DEPUTY CLERK                                                                                          DATE

**Michael W. Dobbins, Clerk**

*(signature)*

**(By) DEPUTY CLERK**

**April 29, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/30/08 |
| NAME OF SERVER (PRINT) Linda DuBose | TITLE Plaintiff's Attorney Staff |

*Check one box below to indicate appropriate method of service*

x  Served personally upon the defendant. Place where served:  **Thomas Dart, Sheriff of Cook County,**
**Daley Center, Room 704, Chicago, IL 60602**

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _Peter Kramer, 704 Daley Center_

☐  Returned unexecuted: _____

☐  Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/30/08         *[signature]*
              Date              Signature of Server

**300 West Adams, Suite 330, Chicago, IL 60606-5107**
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.