UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENDALE J. BRINSON<br>                Plaintiff,<br>v.<br><br>VERLISHER SYAS, Chicago Police Officer<br>C. BLAYDES (Star # 4905), TANYA PATTON,<br>GENE ALEXANDER, TERRENCE WILLIAMS,<br>ROBERT PET, MARTHA DICARO,<br>THOMAS DART, as Sheriff of Cook County, Illinois,<br>COOK COUNTY, ILLINOIS, and CITY OF<br>CHICAGO,<br>                Defendants. | No. 08 C 2420<br><br>Judge Charles R. Norgle<br><br>Magistrate Judge Schenkier |

## NOTICE OF FILING

**TO:**  Irene K. Dymkar                       James L. Bowers
       300 West Adams                   631 N. Central Ave.
       Suite 330                              Chicago, IL 60644
       Chicago, IL 60606-5107

PLEASE TAKE NOTICE that on **May 20, 2008,** I caused to be filed in the United States District Court, Northern District of Illinois, Eastern Division, electronically via ECF the attached **Defendants Dart and DiCaro's and Cook County's Answer to the First Amended Civil Rights Complaint.**

Respectfully submitted,
RICHARD A. DEVINE
State's Attorney of Cook County

By   __s/Daniel J. Fahlgren_____
Daniel J. Fahlgren
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL. 60602
(312) 603-3304
#6201163

## CERTIFICATE OF SERVICE

I, Daniel J. Fahlgren, Assistant State's Attorney, hereby certify that the attached documents were filed electronically with the Clerk of the Court, and served upon the above-named parties on May 20, 2008, electronically, pursuant to ECF Gen Order XI (C).          *s/ Daniel J. Fahlgren*