IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENDALE J. BRINSON, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 2420 |
| | ) | |
| v. | ) | |
| | ) | Judge Norgle |
| VERLISHER SYAS, et al., | ) | |
| | ) | Magistrate Judge Schenkier |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant City of Chicago (the "City"), by its attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, moves for an extension of time up to and including July 8, 2008, to answer or otherwise plead to plaintiff's First Amended Complaint. In support of this motion, the City states as follows:

1. On April 28, 2008, plaintiff filed the current action, alleging constitutional violations against multiple defendants, including the City.

2. Plaintiff's First Amended Complaint and summons were served on the City on April 30, 2008. The City was due to answer or otherwise plead by May 20, 2008.

3. Undersigned counsel was assigned this matter on June 3, 2008.

4. Counsel for the City has not yet begun the process of investigating the allegations in plaintiff's First Amended Complaint.

5. Therefore, counsel for the City requests an extension of time to July 8, 2008, to answer or otherwise plead to plaintiff's First Amended Complaint.

6. Undersigned counsel called plaintiff's counsel on June 3, 2008 to inform them of this motion.

7. This motion is the City's first request for an extension of time to answer or otherwise plead. This request is not made for the purpose of delay or for any other improper purpose.

WHEREFORE, the City respectfully requests that this Court grant it an extension of time up to an including July 8, 2008, to answer or otherwise plead to plaintiff's complaint.

                                      Respectfully submitted,

                                      MARA S. GEORGES  
                                      CORPORATION COUNSEL

BY:   /s/ Helen C. Gibbons  
        HELEN C. GIBBONS  
        Assistant Corporation Counsel

City of Chicago, Department of Law  
30 North LaSalle Street, Suite 1020  
Chicago, Illinois  60602  
(312) 742-3541 Phone  
(312) 744-3989 Fax  
Attorney No. 6292881

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have caused true and correct copies of the above and foregoing Motion and Notice of Motion to be served upon all parties of record pursuant to ECF, in accordance with the rules of electronic filing of documents, on this 4th day of April, 2008.

                                            /s/ Helen C. Gibbons
                                            HELEN C. GIBBONS