UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Kendale J. Brinson
                                  Plaintiff,

v.                                                Case No.: 1:08−cv−02420
                                                      Honorable Charles R. Norgle Sr.

Verlisher Syas, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 6, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr: Defendant City of Chicago's Motion for an Extension of Time to Answer or Otherwise Plead to Plaintiff's First Amended Complaint [17] is granted. The City's time to answer or otherwise plead to Plaintiff's First Amended Complaint is extended to including July 8, 2008. Telephone/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.