UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENDALE J. BRINSON, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 2420 |
| | ) | |
| v. | ) | |
| | ) | Judge Norgle |
| VERLISHER SYAS, et al., | ) | |
| | ) | Magistrate Judge Schenkier |
| Defendants. | ) | |

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' JOINT ANSWER, DEFENSES, AND JURY DEMAND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**, a copy of which is attached hereto and herewith served upon you.

**DATED** at Chicago, Illinois this 8 day of July, 2008.

MARA S. GEORGES
Corporation Counsel
of the City of Chicago

BY:   /s/ Helen C. Gibbons
HELEN C. GIBBONS
Assistant Corporation Counsel

30 North LaSalle Street, Room 1020
Chicago, Illinois  60602
(312) 742-3541
Attorney No. 6292881